UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KEITH L. BROWN,

                Plaintiff,

           -against-

THE VILLAGE OF PELHAM, and
OFFICER RYAN CORDON,

                Defendant.
-----------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 17 2005 ★
BROOKLYN OFFICE

STIPULATION AGREEING
TO TRANSFER VENUE
TO THE SOUTHERN
DISTRICT OF NEW YORK
05 Civ. 3403 (NGG)

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-referenced matter be transferred from the Eastern District of New York to the Southern District of New York at White Plains, New York.

Dated: Hawthorne, New York
       August 2, 2005

PAZER & EPSTEIN, PC
By: Perry Pazer
Attorneys for Plaintiff
20 Vesey Street
New York, NY 10007
(212) 227-1212

SERVINO & SANTANGELO LLP
By: James A. Randazzo, Of Counsel
Attorney for Defendants
151 Broadway
Hawthorne, New York 10532
(914) 741-2929

So Ordered:

Nicholas G. Garaufis, U.S.D.J.
8/16/05